UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                      DATE: December 19, 2013

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                              Docket# 13-7115

NEW YORK SHIPPING ASSOCIATION, INC., et al. V. WATERFRONT COMMISSION OF NEW YORK HARBOR

**Appearances**:
James R. Campbell, Esq. for Pltf (New York Shipping Association, Inc.)
Donato Caruso, Esq. for Pltf (New York Shipping Association, Inc.)
Edward Cerasia, II Esq. for Pltf (Metropolitan Marine Maintenance Contractors' Association, Inc.)
Ronald Kreismann, Esq. for Pltf (Metropolitan Marine Maintenance Contractors' Association, Inc.)
Thomas Christina, Esq. for Pltf (Metropolitan Marine Maintenance Contractors' Association, Inc.)
Kevin Marrinan, Esq. for Pltf (International Longshoremen's Association, AFL-CIO)
John P. Sheridan, Esq. for Pltf (International Longshoremen's Association, AFL-CIO)
Phoebe S. Sorial, Esq. for Dft (Waterfront Commission of New York Harbor)


Nature of Proceeding:   **SHOW CAUSE HEARING**

Hearing on Pltf International Longshoremen's Association, AFL-CIO's application for Preliminary Injunctive Relief [Entry #17];
Hearing on Pltf, Metropolitan Marine Maintenance Contractors' Association, Inc.'s application for Preliminary Injunctive Relief [Entry #20];
Ordered Preliminary Injunctive Relief denied;
Order to be filed.


Time Commenced 10:35 a.m.
Time Adjourned  1:35 p.m.

cc: chambers                                Carmen D. Soto
                                            Deputy Clerk