UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW YORK SHIPPING ASSOCIATION, INC., on behalf of its members; METROPOLITAN MARINE MAINTENANCE CONTRACTORS' ASSOCIATION, INC. on behalf of its members; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO, on behalf of its members and affiliated locals in the Port of New York and New Jersey; LOCAL 1804-1, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO, on behalf of its members; and LOCAL 1814, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO, on behalf of its members,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>WATERFRONT COMMISSION OF NEW YORK HARBOR,<br><br>　　　　　　　　Defendant. | Civil Action No. 2:13-CV-07115 (SDW) (MCA)<br><br>**ORDER**<br><br>December 20, 2013 |

**WIGENTON**, District Judge.

　　Before this Court are Plaintiffs New York Shipping Association, Inc., International Longshoremen's Association, AFL-CIO, and Metropolitan Marine Maintenance Contractors' Association, Inc.'s (collectively, "Plaintiffs") Motions for Preliminary Injunction restraining Defendant Waterfront Commission of New York Harbor.  For the reasons stated on the record during the proceeding before this Court on December 19, 2013, it is hereby

　　**ORDERED** that Plaintiffs' Motions for Preliminary Injunction are **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　s/Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
Cc:    Madeline Cox Arleo, U.S.M.J.
       Parties